1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6758
7     FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA          )    No. S1-CR-08-0730-WHA
14                                    )
                                      )
15        v.                          )    STIPULATION AND [PROPOSED]
                                      )    ORDER ADJOURNING DECEMBER 9,
16                                    )    2008 INITIAL APPEARANCE
   CARLOS GARRIDO,                    )
17                                    )
                                      )
18        Defendant.                  )
                                      )
19 _____)

20        With the agreement of the parties, and with the consent of the defendant, the Court enters

21 this order vacating the initial appearance of December 9, 2008 and setting a new appearance date

22 of December 11, 2008 at 2:00 pm, and excluding time under the Speedy Trial Act from the date

23 of this stipulation to December 11, 2008.   The parties agree and stipulate, and the Court finds

24 and holds, as follows:

25        1.     The defendant, Carlos Garrido, was charged in an Indictment dated October 16,

26 2008 with racketeering conspiracy, conspiracy to commit murder in aid of racketeering,

27 conspiracy to commit assault with a dangerous weapon in aid of racketeering, and with the use

28 and/or possession of a firearm in furtherance of a crime of violence.  The Indictment was

1    unsealed on October 23, 2008, and the defendant was and remains in custody on these charges.

2    On November 6, 2008, the Grand Jury in the Northern District of California returned a

3    Superseding Indictment, naming the defendant in the same four counts.

4         2.    At the time of his initial appearance on the original Indictment on November 23,

5    2008, Magistrate Judge Nandor J. Vadas scheduled December 9, 2008 at 2:00 pm for the

6    defendant's initial appearance before the Court.  However, since the December 9, 2008 date was

7    set, an unexpected scheduling conflict has arisen for counsel for the defense.  Accordingly, the

8    parties, after conferring with the Court, would respectfully ask that the December 9, 2008

9    appearance for the defendant be adjourned until December 11, 2008 at 2:00 pm.

10        3.    In addition, should the requested adjournment be granted, the parties would jointly

11   ask the Court to exclude time under the Speedy Trial Act until December 11, 2008 because the

12   requested adjournment is being sought to ensure the availability and continuity of counsel, and,

13   hence, the effectiveness of  legal representation.

14        4.    Accordingly, with the consent of the defendant, the Court hereby: (a) adjourns the

15   December 9, 2008 conference date until December 11, 2008 at 2:00 pm; and (b) orders that the

16   period from December 9, 2008 to December 11, 2008 be excluded from calculations under the

17   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18   STIPULATED:

19
20   DATED:       December 8, 2008          /s/ Steve G. Kalar
                                            Steve G. Kalar, Esq.
21                                          Attorney for Carlos Garrido

22   DATED:       December 8, 2008          /s/ W.S. Leung
                                            W.S. Wilson Leung
23                                          Assistant United States Attorney

24
25   IT IS SO ORDERED.

26
27   DATED:       December __8__, 2008
                                            HON. WILLIAM H. ALSUP
                                            United States District Judge

28

